

**ORDERED in the Southern District of Florida on January 20, 2026.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In Re:

SUSANNE E. SKAF,                                                      Case No. 26-10085-PDR
                                                                                        Chapter 13
     Debtor,
_____/

**ORDER GRANTING DEBTOR'S EX-PARTE MOTION TO EXTEND TIME TO**
**PROVIDE REQUIRED INFORMATION PURSUANT TO 11 USC SECTION 521(a)**

**THIS CAUSE** having come before the Court upon the Debtor's Ex Parte Motion to Extend Time to Provide Required Information Pursuant to 11 U.S.C. Section 521(a) and Local Rule 9013-1 (C)(2) [D.E. 11], and the court having reviewed the Motion and the files in this cause, it is, therefore,

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**. Debtor is granted a fifteen (15) day extension of time within which to file his Chapter 13 Schedules, Notice of Payment Advices, Statement of Financial Affairs, Chapter 13 Plan, and Statement of Current Monthly and shall file same on or before February 4, 2026. No further extensions will be granted absent extraordinary circumstances.

###

**Submitted by:**

**Joe M. Grant, Esquire**
Lorium Law
*Attorneys for Debtor*
197 South Federal Highway, Suite 200
Boca Raton, Florida  33432
Telephone No. 561.361.1000
Facsimile No. 561.672.7581

[*Attorney Joe M. Grant is hereby directed to serve a conformed copy of this Order upon receipt to all interested parties and file a Certificate of Service]